

298 Wissahickon Avenue
North Wales, PA 19454
Telephone: 215-855-9521
Facsimile: 215-855-9121
HOF# 24-01398

November 6, 2025

Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

      RE:    Charles J Greif
             <u>Chapter 13, Case No.  24-11578-djb</u>
             Type of Action: Nationstar Mortgage LLC's Notice of Default

Dear Attorney Sadek:

      The stipulation, executed by the parties and approved by the Court, in the above-referenced matter requires the Debtor to remain current with their monthly post-petition payments. The Debtor has not been making post-petition payments as required by the Stipulation. The post-petition delinquency is as follows:

| | |
|---|---:|
| Regular Monthly Payments | |
| (October 1, 2025 through November 1, 2025 at $1,260.09 each)…………………………….. | $2,520.18 |
| Suspense Balance…………………………………………………………………………… | ($1,172.09) |
| Attorney fees for Notice of Default……………………………………………………………. | $150.00 |
| **TOTAL POST-PETITION ARREARS…………………………………………………….** | **$1,498.09** |

      The Debtors are in default of the agreed stipulation. The amount needed to cure the additional post-petition default is **$1,498.09.**  The payment to cure these arrears must be made in certified funds.

      In accordance with said stipulation, this shall serve as ten (10) days written notice of default.  If the default is not cured within ten (10) days of the date of this letter, then Nationstar Mortgage LLC, shall file a Certification with the Court, entitling it to relief from stay and 1301 co-debtor stay.

      If you should have any questions, please contact my office.

      Very truly yours,

*/s/ Danielle Boyle-Ebersole*
Danielle Boyle-Ebersole, Esquire

cc:    Charles J Greif
        3107 Willits Road
        Philadelphia, PA 19111
        *Debtor*