IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 24-11578-DJB |
|     Charles J. Greif | : Chapter 13 |
|                Debtor | : |
| Nationstar Mortgage, LLC | : |
|                Movant | : |
|       vs. | : |
| Charles J. Greif | : |
|                Debtor/Respondent | : |
|       And | : |
| Kenneth E. West, Esquire | : |
|                Trustee/Respondent | : |

## ORDER

AND NOW, this ____ day of _____, 2025, upon the Certification of Default of Movant, Nationstar Mortgage, LLC, it is hereby

ORDERED that the Motion is granted as to Movant and its successors, if any, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified and lifted with respect to the Property, 3107 Willits Road, Philadelphia, PA 19114.

IT IS FURTHER ORDERED that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge

**Date: December 17, 2025**