**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Bankruptcy No. 24-11578-DJB |
| Charles J. Greif | : Chapter 13 |
| *Debtor.* | : |
| | : |
| Nationstar Mortgage, LLC | : |
| *Movant*, | : |
| vs. | : |
| Charles J. Greif, | : |
| *Debtors/Respondents,* | : |
| and | : |
| Kenneth E. West, Esquire, | : |
| *Trustee/Respondent.* | : |

**STIPULATION AGREEMENT**

AND NOW, upon the Motion of Debtor, Charles J. Greif, ("Debtor") to Reconsider the Order Modifying the Automatic Stay as to Nationstar Mortgage, LLC ("Movant"/ "Creditor") under §362, as to certain property, 3107 Willits Road, Philadelphia, PA 19114 (the "Property"), it is hereby agreed as follows:

1. Creditor acknowledges that the loan is post-petition due for the following payments:

January 1, 2026 at $1,260.09/each…………………………………………………..$1,260.09
Suspense Balance……………………………………………………………………($149.91)
Attorney's Fees/Costs………………………………………………………………..$400.00
**Total Amount Due……………………………………………………………….$1,510.18**

2. Debtor is to remit the remainder of January 1, 2026, in the amount of $1,110.18, by January 25, 2026.

3. Debtor agrees to remain current on regular monthly payments beginning with the February 1, 2026, payment.

4. Creditor shall file a Notice of Post-Petition Fees, Expenses and Charges for the $400.00 Attorney's fees.

5. Debtor shall send all payments due directly to Creditor at the address below:

**Rushmore Servicing
PO Box 619096
Dallas, TX 75261**

Loan **#xxxxx5543** must appear on each payment.

6. In the event Debtor fails to make any of the payments set forth hereinabove (or real estate taxes and/or hazard insurance when due) on or before the due dates, Creditor and/or Counsel may give Debtor and Counsel for Debtor notice of the default. If Debtor does not cure the default within ten (10) days of the notice, upon Certification of Default to the Court, and request for Order, with a copy to Debtor and Counsel for Debtor, Creditor shall immediately have relief from the bankruptcy stay upon entry of Court Order. Debtor's opportunity to cure the default shall be limited to two (2) occurrences. Upon the third occurrence, Creditor may file a Certification of Default with the Court without notice to Debtor or Debtor's counsel.

7. The failure by the Creditor, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder.

8. Upon issuance of the aforesaid Order, the parties hereto further agree that Creditor may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of foreclosure and execution process through sheriff's sale concerning the Property and ejectment thereafter.

9. In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code, then Debtor shall pay all pre-petition arrears and post-petition arrears within 10 days from the date the case is converted. If Debtor fails to make payments in accordance with this paragraph, then the Creditor, through Counsel, may file a certification setting forth said failure and the Creditor shall be granted immediate relief from the automatic stay.

10. It is further agreed that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

11. Creditor hereby agrees and consents to reinstatement of the automatic stay.

12. The undersigned parties request that the Court enter an Order approving this Consent Order/Stipulation and the terms therein

By signing this Stipulation, Debtor's Counsel represents that the Debtor is familiar with and understands the terms of this Stipulation and agrees to said terms regardless of whether the Debtor has signed this Stipulation. Seen and agreed by the parties on the date set forth below:

/s/ Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Counsel for Creditor

Date: 01/12/2026

/s/ Brad J. Sadek
Brad J. Sadek, Esquire
Counsel for Debtor

Date: 01/12/2026

No Objection

/s/ LeeAne O. Huggins
Kenneth E. West, Esquire
Trustee

Date: January 14, 2026